| | |
|---|---|
| KOREIN TILLERY<br>*Attorneys at Law*<br>One U.S. Bank Plaza<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101-1625<br>www.KoreinTillery.com | Garrett Broshuis<br>Gbroshuis@KoreinTillery.com<br>*p: (314) 241-4844*<br>*f: (314) 241-3525* |

January 29, 2016 *Via ECF*

Hon. Paul G. Gardephe
U.S. District Court, S.D.N.Y.
Courtroom 705
40 Foley Square
New York, NY  10007

**Re:** **Request for Oral Argument,** *Wyckoff v. Office of the Commissioner of Baseball, et al.* **(No. 15 Civ 5186 (PGG))**

Dear Judge Gardephe:

Plaintiffs write to respectfully request oral argument on Defendants' pending motion to dismiss. (Dkt. 120, 121). Defendants' counsel takes no position on the need for oral argument, and instead defers to the Court on whether argument would help Your Honor decide these issues.

Sincerely,

/s/ *Garrett Broshuis*

Garrett Broshuis

GRB/lll